IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | SA-20-MJ-00103-ESC |
| (1) SHEILA FERREL-TURNER, | § § § | |
| *Defendant.* | § | |

## ORDER RESETTING JURY TRIAL

Before the Court is the above-styled cause of action is the Government's Unopposed Motion for Continuance [#38]. By its motion, the United States asks the Court to continue the trial setting in this case due to the military deployment of certain witnesses for the Government. In light of the parties' agreement that the trial should be continued, the Court will continue the trial setting in this case and now enters the following schedule:

**STATUS CONFERENCE**: A status conference remains set for **Friday, May 20, 2022, at 11:00 a.m.** in the new United States Courthouse, 262 W. Nueva Street, San Antonio, Texas. The status conference will take place in **Courtroom A**. Only attorneys are required to attend this status conference.

**FINAL PRETRIAL CONFERENCE**: A final pretrial conference is set for **Friday, July 15, 2022, at 11:00 a.m.** in the new United States Courthouse, 262 W. Nueva Street, San Antonio, Texas. The courtroom for this conference will be assigned at a later date. On the day of the conference, check the Court calendar on the website or the video kiosks by the elevators in the courthouse to determine which courtroom has been assigned.

**JURY SELECTION AND TRIAL**: Jury selection and trial is set for **Monday, July 18, 2022, at 9:30 a.m.** in the new United States Courthouse, 262 W. Nueva Street, San Antonio, Texas. The courtroom for this setting will be assigned at a later date. On the first day of the trial, check the Court calendar on the website or the video kiosks by the elevators in the courthouse to determine which courtroom has been assigned for the jury selection and trial. Counsel for defendant shall notify her of this setting, and if the defendant is on bond, advise the defendant that she must be present for all court settings unless excused by the Court.

**PROPOSED JURY INSTRUCTION, VOIR DIRE, AND MOTIONS IN LIMINE, or supplements to the proposed instructions and voir dire already filed,** shall be filed no later than **Wednesday, July 13, 2022, at noon**. The Court has assembled basic instructions used in all criminal cases defining juror's duties, burden of proof, etc. Therefore, the parties need only submit those instructions which are related to the specific matter in issue. **The parties are specifically instructed to submit to the Court their requested verdict form questions and jury instructions for Count 1 and Count 2, which will be tried to the jury.** For all charges (including Counts 3 and 4, which will be tried to the bench), the parties must submit the elements of the offense and supporting authorities for the elements.

**IT IS SO ORDERED**.

SIGNED this 19th day of May, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE